UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---:|
| United States of America | **Plaintiff** |
| v.     Case No.: 4:17–cr–00293–BSM | |
| Britanny S Conner | **Defendant** |

## NOTICE OF HEARING

PLEASE take notice that a Sentencing has been set in this case for October 2, 2019, at 10:30 AM before Judge Brian S. Miller in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

| | |
|---|---:|
| **DATE:** September 10, 2019 | AT THE DIRECTION OF THE COURT<br>JAMES W. McCORMACK, CLERK |
| | **By:** Raeanne M. Gardner, Deputy Clerk |

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas