| PROB 22 (Rev. 01.24) | FILED CLERK, U.S. DISTRICT COURT AUG 21, 2024 CENTRAL DISTRICT OF CALIFORNIA BY: PD DEPUTY | DOCKET NUMBER (Tran. Court) 0860 4:17CR00293 |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER (Rec. Court) 8:24-cr-00103-JWH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Britanny S. Conner | Eastern District of Arkansas | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Brian S. Miller | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM July 3, 2023 | TO July 2, 2028 |

**OFFENSE**

Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 2 8 2024
TAMMY H. DOWNS, CLERK
By: R. Moore
DEP CLERK

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   EASTERN DISTRICT OF ARKANSAS

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Central District of California   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 8/14/2024 | _Brian S. Miller_ |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Central   DISTRICT OF   California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 8/21/2024 | _Dolly M. Gee_ |
|---|---|
| Effective Date | United States District Judge |

# U.S. District Court
## Eastern District of Arkansas (Central Division)
## CRIMINAL DOCKET FOR CASE #: 4:17-cr-00293-BSM-25

| | |
|---|---|
| Case title: USA v. Loadholt et al | Date Filed: 10/03/2017 |
| Correspondence Case: 4:17-crcor-00293 | Date Terminated: 10/07/2019 |

**Special Master**

**Angela Campbell**
*angela@dickeycampbell.com*
*TERMINATED: 01/10/2022*

represented by **Angela Campbell**
Dickey & Campbell Law Firm PLC
301 East Walnut Street
Suite 1
Des Moines, IA 50309
515-288-5010
Email: angela@dickeycampbell.com
PRO SE

Assigned to: Judge Brian S. Miller

**Defendant (25)**

**Britanny S Conner**
*Reg No. 76059-112*
*TERMINATED: 10/07/2019*

represented by **Britanny S Conner**
Reg No. 76059-112
DUBLIN
FEDERAL CORRECTIONAL
INSTITUTION
Inmate Mail/Parcels
5701 8TH ST - CAMP PARKS
DUBLIN, CA 94568
PRO SE

**Eric Spencer Buchanan**
The Buchanan Firm, P. A.
Post Office Box 166643
Little Rock, AR 72216
501-376-7540
Fax: 501-376-3552
Email:
eric.buchanan@thebuchananfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Sonia Eileen Fonticiella**
Federal Public Defender's Office
The Victory Building, Suite 490

1401 West Capitol Avenue
Little Rock, AR 72201
501-324-6113
Email: soniaeileenf@gmail.com
*TERMINATED: 01/08/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine<br>(10s) | 120 months imprisonment; 5 years supervised release; $100 special assessment. See Order entered 6/22/2022. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846 Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine<br>(1) | |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Garnishee**

**Chambers Bank**  represented by  **John C. Riedel**
Chambers Bancshres, Inc.
Post Office Box 1330
Danville, AR 72833
479-495-4690
Fax: 479-495-4769
Email: jcriedel@chambers.bank
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Joshua A. Newton** <br> U. S. Attorney's Office <br> Eastern District of Arkansas <br> Post Office Box 1229 <br> Little Rock, AR 72203-1229 <br> 501-340-2600 <br> Email: josh.newton@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant US Attorney* <br><br> **Liza Jane Brown** <br> U. S. Attorney's Office <br> Eastern District of Arkansas <br> Post Office Box 1229 <br> Little Rock, AR 72203-1229 <br> 501-340-2600 <br> Email: liza.brown@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant US Attorney* <br><br> **Cameron Charles McCree** <br> U. S. Attorney's Office <br> Eastern District of Arkansas <br> Post Office Box 1229 <br> Little Rock, AR 72203-1229 <br> 501-340-2624 <br> Email: Cameron.McCree@usdoj.gov <br> *TERMINATED: 10/02/2018* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant US Attorney* <br><br> **Kristin Huntington Bryant** <br> U. S. Attorney's Office <br> Eastern District of Arkansas <br> Post Office Box 1229 <br> Little Rock, AR 72203-1229 <br> 501-340-2600 <br> Email: kristin.bryant@usdoj.gov <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant US Attorney* <br><br> **Lakeita F. Rox-Love** <br> U. S. Department of Justice - Organized Crime & Gang Section <br> 1301 New York Avenue, NW - Suite 700 <br> Washington, DC 20005 <br> 202-307-3345 <br> Email: lakeita.rox-love@usdoj.gov <br> *TERMINATED: 01/07/2021* |

*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Marianne Shelvey**
U. S. Department of Justice - Organized Crime & Gang Section
1301 New York Avenue, NW - Suite 700
Washington, DC 20005
202-307-2083
Email: marianne.shelvey@usdoj.gov
*TERMINATED: 01/07/2021*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Stephanie Gosnell Mazzanti**
U. S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
501-340-2600
Email: Stephanie.Mazzanti@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2017 | 1 | MOTION to Seal Indictment as to all Defendants. (cby) (Entered: 10/04/2017) |
| 10/03/2017 | 2 | ORDER granting 1 Motion to Seal Indictment as to all Defendants. Signed by Magistrate Judge Patricia S. Harris on 10/3/2017. (cby) (cby). (Entered: 10/04/2017) |
| 10/03/2017 | 3 | INDICTMENT as to all Defendants. (cby) (cby). (Entered: 10/04/2017) |
| 10/11/2017 | | INDICTMENT UNSEALED as to all Defendants.(cby) (Entered: 10/11/2017) |
| 10/11/2017 | 4 | MOTION to Unseal Indictment as to all Defendants. (cby) (Entered: 10/11/2017) |
| 10/11/2017 | 5 | ORDER granting 4 Motion to Unseal Indictment as to all Defendants. Signed by Magistrate Judge Patricia S. Harris on 10/11/2017. (cby) (Entered: 10/11/2017) |
| 10/11/2017 | 10 | NOTICE OF ATTORNEY APPEARANCE Kristin Huntington Bryant appearing for USA. (Bryant, Kristin) (Entered: 10/11/2017) |
| 10/12/2017 | 23 | NOTICE OF ATTORNEY APPEARANCE Cameron Charles McCree appearing for USA. *For Asset Forfeiture Purposes Only* (McCree, Cameron) (Entered: 10/12/2017) |
| 03/16/2018 | 446 | Arrest Warrant Returned Executed in Los Angeles, California, on 3/15/2018 in case as to Britanny S. Conner. (scw) (Entered: 03/16/2018) |

| | | |
|---|---|---|
| 03/16/2018 | | Arrest of Britanny S Conner in Central District of California. (cby) (Entered: 03/21/2018) |
| 03/21/2018 | 449 | CJA 23 Financial Affidavit (sealed) received from Central District of California by Britanny S Conner. (cby) (Entered: 03/21/2018) |
| 03/21/2018 | 450 | WAIVER of Rights received from Central District of California by Britanny S Conner (cby) (Entered: 03/21/2018) |
| 03/21/2018 | 451 | Rule 5(c)(3) Documents Received from Central District of California as to Britanny S Conner (cby) (Entered: 03/21/2018) |
| 03/27/2018 | 459 | MEMORANDUM from U.S. Marshal Service as to Britanny S Conner. Defendant taken into U.S. Marshal Service custody on a Warrant of Removal on 03/27/2018. (fjg) (Entered: 03/27/2018) |
| 03/29/2018 | 460 | NOTICE OF HEARING as to Britanny S Conner. Arraignment set for 4/5/2018 at 10:00 AM in Little Rock Courtroom # 1B before Magistrate Judge Patricia S. Harris. (cfd) (Entered: 03/29/2018) |
| 04/05/2018 | 466 | ORDER APPOINTING CJA ATTORNEY Sonia Fonticiella for Britanny S Conner. Signed by Magistrate Judge Patricia S. Harris on 4/5/2018. (fcd) (Entered: 04/05/2018) |
| 04/05/2018 | 469 | CJA 23 Financial Affidavit (sealed) by Britanny S Conner (cby) (Entered: 04/06/2018) |
| 04/05/2018 | 470 | Minute Entry for proceedings held before Magistrate Judge Patricia S. Harris: Initial Appearance, Plea & Arraignment as to Britanny S Conner (25) held on 4/5/2018. Not Guilty Plea entered by Defendant. CJA Sonia Fonticiella, AUSA Liza Brown, ECRO Colleen DuBose. (cby) (Entered: 04/06/2018) |
| 04/05/2018 | 471 | NOTICE OF HEARING as to Britanny S Conner. Jury Trial set for 4/30/2018 at 9:30 AM in Little Rock Courtroom # 2D before Chief Judge Brian S. Miller. (cby) (Entered: 04/06/2018) |
| 04/05/2018 | 472 | ORDER OF DETENTION as to Britanny S Conner. Signed by Magistrate Judge Patricia S. Harris on 4/5/2018. (fcd) (Entered: 04/06/2018) |
| 04/17/2018 | 478 | PRETRIAL DISCOVERY ORDER in case as to Britanny S Conner. Signed by Chief Judge Brian S. Miller on 4/17/18. (lp) (Entered: 04/17/2018) |
| 04/17/2018 | 479 | ORDER TO CONTINUE - Ends of Justice. Jury Trial set for 10/29/2018 at 9:30 AM as to David D Singleton et al (Defendants 2 through 44). Signed by Chief Judge Brian S. Miller on 4/17/2018. (cby) (Entered: 04/17/2018) |
| 09/12/2018 | 567 | ORDER TO CONTINUE - Ends of Justice. Jury Trial set for 4/29/2019 at 9:30 AM as to all Defendants. Signed by Chief Judge Brian S. Miller on 9/12/2018. (cby) (Entered: 09/12/2018) |
| 09/27/2018 | 580 | MOTION to Withdraw as Attorney by Cameron McCree, by USA as to Troy R Loadholt, David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Jeffrey G Howell, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Britanny S Conner, Kathrine R Ross, |

| | | |
|---|---|---|
| | | Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Wesley W Pierson, Henri T Keener, II, Justin B Howell, Jayme L Short, Daniel Adame, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, James Nicholas George, Keith C Savage, Joseph D Pridmore (McCree, Cameron) (Entered: 09/27/2018) |
| 10/02/2018 | 585 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.)ORDER granting 580 Motion to Withdraw as Attorney. Cameron Charles McCree withdrawn from case as to Troy R Loadholt (1), David D Singleton (2), Darlene Walker (3), Wesley S Gullett (4), Michael J Roberts (5), Shelby L Thompson (6), Corey A Ford (7), Cory S Donnelly (8), Lesa A Standridge (9), Dallas D Standridge (10), Jeffrey G Howell (11), Richard K Hampton (12), Susan Hampton (13), April M Teeter (14), Melissa D Kizer (15), Andrew R Syverson (16), Robert H Chandler (17), Brittany Ferguson (18), Shannon J Ferguson (19), Brittanie N Handley (20), April Howell (21), Tiffany L Parker (22), Heath Kizer (23), Ralph A Ross (24), Britanny S Conner (25), Kathrine R Ross (26), Jeffrey L Knox (27), Christopher S Helms (28), Tony L Heydenreich (29), Valerie J Baker (30), Thomas I Plaisance Jr (31), Paula S Enos (32), Wesley W Pierson (33), Henri T Keener II (34), Justin B Howell (35), Jayme L Short (36), Daniel Adame (37), Skippy D Sanders (38), Timothy J Ferguson (39), Kevin M Long (40), Jared R Dale (41), James Nicholas George (42), Keith C Savage (43), Joseph D Pridmore (44). Signed by Chief Judge Brian S. Miller on 10/2/18. (lp) (Entered: 10/02/2018) |
| 01/03/2019 | 600 | First MOTION to Withdraw as Attorney by Sonia Eileen Fonticiella, by Britanny S Conner (Fonticiella, Sonia) (Entered: 01/03/2019) |
| 01/08/2019 | 601 | ORDER APPOINTING CJA ATTORNEY Eric Spencer Buchanan for Britanny S Conner. CJA Attorney Sonia Fonticiella relieved. Signed by Chief Judge Brian S. Miller on 1/8/2019. (cby) (Entered: 01/08/2019) |
| 02/05/2019 | 612 | MOTION to Seal Superseding Indictment as to all Defendants. (cby) (Entered: 02/12/2019) |
| 02/05/2019 | 613 | ORDER granting 612 Motion to Seal Superseding Indictment as to all Defendants. Signed by Magistrate Judge Beth Deere on 2/5/2019. (cby) (Entered: 02/12/2019) |
| 02/05/2019 | 614 | SUPERSEDING INDICTMENT as to all Defendants. (cby) (Entered: 02/12/2019) |
| 02/05/2019 | 615 | TRUE BILL. (cby) (Entered: 02/12/2019) |
| 02/07/2019 | 616 | ORDER re : Numbering of Defendants. Signed by Chief Judge Brian S. Miller on 2/7/2019. (cby) (Entered: 02/12/2019) |
| 02/07/2019 | 617 | MOTION to Seal Superseding Indictment (cby) (Entered: 02/12/2019) |
| 02/07/2019 | 618 | ORDER granting 617 Motion to Seal Superseding Indictment. Signed by Chief Judge Brian S. Miller on 2/7/2019. (cby) (Entered: 02/12/2019) |
| 02/11/2019 | 611 | MOTION for Bond by Britanny S Conner (Buchanan, Eric) (Entered: 02/11/2019) |
| 02/12/2019 | | SUPERSEDING INDICTMENT UNSEALED pursuant to order. (cby) (Entered: 02/12/2019) |
| 02/13/2019 | 632 | NOTICE REFERRING 611 MOTION for Bond to Magistrate Judge Beth Deere as to Britanny S Conner. Signed at the direction of the court on 2/13/2019. (cby) (Entered: 02/13/2019) |

| | | |
|---|---|---|
| 02/13/2019 | 655 | NOTICE OF HEARING as to Britanny S Conner, with waiver of appearance instructions. Arraignment set for 2/28/2019 02:00 PM in Little Rock Courtroom # 1D before Magistrate Judge Beth Deere. (csf) (Entered: 02/13/2019) |
| 02/13/2019 | 670 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.)ORDER granting Mr. Buchanan's oral motion to withdraw 611 Motion for Bond as to Britanny S Conner (25). Defendant's right to a bond hearing is reserved. Signed by Magistrate Judge Beth Deere on 2/13/2019. (csf) (Entered: 02/13/2019) |
| 02/14/2019 | 674 | NOTICE OF ATTORNEY APPEARANCE Marianne Shelvey appearing for USA. (Shelvey, Marianne) (Entered: 02/14/2019) |
| 02/19/2019 | 703 | NOTICE OF HEARING as to Britanny S Conner. Change of Plea Hearing set for 3/15/2019 at 10:30 AM in Little Rock Courtroom # 2D before Chief Judge Brian S. Miller. (lp) (Entered: 02/19/2019) |
| 02/28/2019 | 818 | Minute Entry for proceedings held before Magistrate Judge Beth Deere: Plea & Arraignment as to Britanny S Conner (25) held on 2/28/2019. Not Guilty Plea entered by Defendant. CJA Eric Buchanan, AUSA Liza Brown, ECRO Suzy Flippen. (cby) (Entered: 03/01/2019) |
| 03/01/2019 | 823 | MOTION to Continue by Britanny S Conner (Buchanan, Eric) (Additional attachment(s) added on 3/4/2019: # 1 Main Document - Correct (submitted 3/4/2019)) (jak). (Entered: 03/01/2019) |
| 03/01/2019 | 824 | Deficiency Letter from Clerk of Court notifying party that 823 Motion to Continue does not contain a statement that the movant contacted the adverse party with regard to the motion (Local Rule 6.2(b)). (jak) (Entered: 03/01/2019) |
| 03/04/2019 | 838 | Arrest Warrant Returned Executed on 02/28/2019 as to Britanny S Conner. (llg) (Entered: 03/04/2019) |
| 03/07/2019 | 842 | ORDER TO CONTINUE - Ends of Justice. Jury Trial set for 10/28/2019 at 9:30 AM as to David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Britanny S Conner, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Wesley W Pierson, Henri T Keener, II, Justin B Howell, Jayme L Short, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, James Nicholas George, Keith C Savage, Joseph D Pridmore, Marcus O Millsap, Adam F Mitchell, Christopher Buber, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame. Signed by Chief Judge Brian S. Miller on 3/7/2019. (cby) (Entered: 03/07/2019) |
| 03/12/2019 | 858 | DOCKET ENTRY FILED IN ERROR - DISREGARD (Wrong Defendant). (csf) Docket text modified on 3/13/2019 to correct description. (kbc) (Entered: 03/12/2019) |
| 03/13/2019 | | NOTICE OF DOCKET CORRECTION re 858 Bond Hearing Minutes. CORRECTION: The docket text was modified to indicate the entry was made in error - wrong defendant selected. (kbc) (Entered: 03/13/2019) |

| | | |
|---|---|---|
| 03/15/2019 | 880 | NOTICE OF HEARING Continued as to Britanny S Conner: Change of Plea Hearing set for 3/18/2019 at 01:30 PM in Little Rock Courtroom # 2D before Chief Judge Brian S. Miller. (lp) (Entered: 03/15/2019) |
| 03/18/2019 | 895 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.)Minute Entry for proceedings held before Chief Judge Brian S. Miller: Change of Plea Hearing as to Britanny S Conner held on 3/18/2019, Plea entered by Britanny S Conner (25) Guilty as to Count 10s. AUSA Liza Brown present for the government. Eric Buchanan present with the defendant. (Court Reporter Judy Ammons.) (lp) (Entered: 03/18/2019) |
| 03/18/2019 | 896 | PLEA AGREEMENT as to Britanny S Conner. (lp) (Additional attachment(s) added on 3/18/2019: # 1 Main Document - Correct) (jak). (Entered: 03/18/2019) |
| 03/18/2019 | 897 | PLEA AGREEMENT ADDENDUM (under seal) re 896 Plea Agreement. (lp) (Entered: 03/18/2019) |
| 03/18/2019 | 898 | NOTICE OF DOCKET CORRECTION re 896 PLEA AGREEMENT as to Britanny S Conner. CORRECTION: The original document was attached in error. The correct document was added to docket entry 896 and is attached hereto for service on the parties. (jak) (Entered: 03/18/2019) |
| 04/17/2019 | 948 | SEALED ORDER. Signed by Chief Judge Brian S. Miller on 4/17/2019. (cby) (Entered: 04/17/2019) |
| 06/05/2019 | 1010 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Britanny S Conner (Buchanan, Eric) (Entered: 06/05/2019) |
| 07/09/2019 | 1019 | PRETRIAL DISCOVERY ORDER in case as to David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Britanny S Conner, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Wesley W Pierson, Henri T Keener, II, Justin B Howell, Jayme L Short, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, James Nicholas George, Keith C Savage, Joseph D Pridmore, Marcus O Millsap, James Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame. Signed by Chief Judge Brian S. Miller on 7/9/2019. (cmn) (Entered: 07/09/2019) |
| 08/06/2019 | 1027 | ORDER appointing Angela L. Campbell as the Coordinating Discovery Attorney (CDA) for court-appointed defense counsel as to all defendants. Signed by Judge Brian S. Miller on 8/6/2019. (cmn) (Entered: 08/06/2019) |
| 09/04/2019 | 1060 | ORDER re: Numbering of Defendants in Second Superseding Indictment. Signed by Judge Brian S. Miller on 9/4/2019. (fcd) (Entered: 09/05/2019) |
| 09/10/2019 | 1125 | DOCKET ENTRY FILED IN ERROR - DISREGARD. (rmg) (Docket text modified on 9/10/2019 to indicate the document was filed in error.) (cmn) (Entered: 09/10/2019) |

| | | |
|---|---|---|
| 09/10/2019 | | NOTICE OF DOCKET CORRECTION re 1125 Notice of Hearing. CORRECTION: The docket text was modified to indicate the document was filed in error due to a clerical mistake by the Clerk's office. (cmn) (Entered: 09/10/2019) |
| 09/10/2019 | 1127 | NOTICE OF HEARING as to Britanny S Conner: Sentencing set for 10/2/2019 at 10:30 AM in Little Rock Courtroom # 2D before Judge Brian S. Miller. (rmg) (Entered: 09/10/2019) |
| 09/11/2019 | 1135 | MOTION to Continue *Jury Trial* by USA as to Troy R Loadholt, David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Jeffrey G Howell, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Britanny S Conner, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Wesley W Pierson, Henri T Keener, II, Justin B Howell, Jayme L Short, Daniel Adame, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, James Nicholas George, Keith C Savage, Joseph D Pridmore, Marcus O Millsap, James Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame (Mazzanti, Stephanie) (Entered: 09/11/2019) |
| 09/12/2019 | 1142 | ORDER TO CONTINUE - Ends of Justice as to David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Britanny S Conner, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Wesley W Pierson, Henri T Keener, II, Justin B Howell, Jayme L Short, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, James Nicholas George, Keith C Savage, Joseph D Pridmore, Marcus O Millsap, James Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame. Jury Trial set for 3/23/2020 at 9:30 AM in Little Rock Courtroom # 2D. Signed by Judge Brian S. Miller on 9/12/2019. (cmn) (Entered: 09/12/2019) |
| 09/20/2019 | 1210 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) NOTICE cancelling 1142 order as to Britanny S Conner setting jury trial for 03/23/2020. (rmg) (Entered: 09/20/2019) |
| 10/02/2019 | 1266 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) CLERK'S MINUTES for proceedings held before Judge Brian S. Miller: Sentencing held on 10/2/2019 for Britanny S Conner (25): Defendant sentenced on Count 10s of the superseding indictment to 120 months imprisonment; 5 years supervised release; $100 special assessment. Defendant remanded to USMS custody. (AUSA: Liza Brown; Defense: Eric Spencer Buchanan; USPO: William Fennell; Court Reporter: Christa Jacimore.) (rmg) (Entered: 10/03/2019) |

| | | |
|---|---|---|
| 10/07/2019 | 1277 | JUDGMENT as to Britanny S Conner (25). Count 10s: 120 months imprisonment; 5 years supervised release; $100 special assessment. Signed by Judge Brian S. Miller on 10/7/2019. (cmn) (Entered: 10/08/2019) |
| 01/13/2020 | 1371 | NOTICE OF ATTORNEY APPEARANCE Lakeita F. Rox-Love appearing for USA. (Rox-Love, Lakeita) (Entered: 01/13/2020) |
| 02/14/2020 | 1410 | MOTION for Hearing *Motion for Status Hearing* by USA as to Troy R Loadholt, David D Singleton, Darlene Walker, Wesley S Gullett, Shelby L Thompson, Lesa A Standridge, Dallas D Standridge, Jeffrey G Howell, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Thomas I Plaisance, Jr, Paula S Enos, Henri T Keener, II, Jayme L Short, Timothy J Ferguson, Kevin M Long, Marcus O Millsap, James Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame (Mazzanti, Stephanie) (Docket text modified on 2/28/2020 to correct the relevant parties pursuant to instruction from Chambers.)(cmn) (Entered: 02/14/2020) |
| 02/28/2020 | | NOTICE OF DOCKET CORRECTION re 1410 Motion. CORRECTION: The docket text was modified to correct the relevant parties. (cmn) (Entered: 02/28/2020) |
| 03/10/2020 | 1440 | SEALED DOCUMENT. (cmn) (Entered: 03/10/2020) |
| 05/08/2020 | 1486 | STATUS REPORT by USA as to Troy R Loadholt, David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Jeffrey G Howell, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Britanny S Conner, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Wesley W Pierson, Henri T Keener, II, Justin B Howell, Jayme L Short, Daniel Adame, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, James Nicholas George, Keith C Savage, Joseph D Pridmore, Marcus O Millsap, James Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame (Mazzanti, Stephanie) (Entered: 05/08/2020) |
| 10/07/2020 | 1687 | Pro Se MOTION for Compassionate Release by Britanny S Conner. Copy mailed. (cmn) (Entered: 10/07/2020) |
| 10/09/2020 | 1689 | SEALED MOTION. (cmn) (Entered: 10/09/2020) |
| 10/13/2020 | 1695 | SEALED ORDER. Signed by Judge Brian S. Miller on 10/13/2020. (cmn) (Entered: 10/13/2020) |
| 10/16/2020 | 1699 | RESPONSE to Motion by USA as to Britanny S Conner re 1687 MOTION to Reduce Sentence (Brown, Liza) (Entered: 10/16/2020) |
| 10/19/2020 | 1701 | ORDER denying 1687 motion for compassionate release as to Britanny S Conner (25). Signed by Judge Brian S. Miller on 10/19/2020. (cmn) (Entered: 10/19/2020) |

| Date | Doc # | Description |
|---|---|---|
| 01/04/2021 | 1866 | STATUS REPORT *Report of Issues for Status Conference* by USA as to Wesley S Gullett, Lesa A Standridge, Dallas D Standridge, Susan Hampton, Ralph A Ross, Marcus O Millsap, Christopher Buber, Carey Mooney. (Mazzanti, Stephanie) (Docket entry modified on 1/5/2021 to correct applicable parties pursuant to instruction from Chambers.)(cmn) (Entered: 01/04/2021) |
| 01/04/2021 | 1867 | MOTION to Withdraw as Attorney by Lakeita F. Rox-Love, by USA as to Troy R Loadholt, David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Jeffrey G Howell, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Britanny S Conner, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Wesley W Pierson, Henri T Keener, II, Justin B Howell, Jayme L Short, Daniel Adame, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, James Nicholas George, Keith C Savage, Joseph D Pridmore, Marcus O Millsap, James Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame (Rox-Love, Lakeita) (Entered: 01/04/2021) |
| 01/04/2021 | 1868 | MOTION to Withdraw as Attorney by Marianne Shelvey, by USA as to Troy R Loadholt, David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Jeffrey G Howell, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Britanny S Conner, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Wesley W Pierson, Henri T Keener, II, Justin B Howell, Jayme L Short, Daniel Adame, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, James Nicholas George, Keith C Savage, Joseph D Pridmore, Marcus O Millsap, James Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame (Shelvey, Marianne) (Entered: 01/04/2021) |
| 01/05/2021 |  | NOTICE OF DOCKET CORRECTION re 1866 Status Report. CORRECTION: The docket entry was modified to correct the applicable parties as "Wesley S Gullett, Lesa A Standridge, Dallas D Standridge, Susan Hampton, Ralph A Ross, Marcus O Millsap, Christopher Buber, Carey Mooney." (cmn) (Entered: 01/05/2021) |
| 01/07/2021 | 1881 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 1867 and 1868 Motions to Withdraw as Attorney. Lakeita F. Rox-Love and Marianne Shelvey withdrawn from case as to all defendants. Signed by Judge Brian S. Miller on 1/7/2021. (rmg) (Entered: 01/07/2021) |
| 01/25/2021 | 1920 | SEALED DOCUMENT. (cmn) (Entered: 01/25/2021) |
| 02/02/2021 | 1940 | SEALED WRIT. (fcd) (Entered: 02/02/2021) |

| | | |
|---|---|---|
| 02/02/2021 | 1941 | SEALED WRIT. (fcd) (Entered: 02/02/2021) |
| 02/05/2021 | <u>1953</u> | Unopposed MOTION to Extend Time *to Submit Proposed Juror Questionnaire* by Marcus O Millsap. (Curry, Lee) (Docket text modified on 2/5/2021 to correct the party filer) (jak) (Entered: 02/05/2021) |
| 02/05/2021 | | NOTICE OF DOCKET CORRECTION [re 1953] Unopposed MOTION to Extend Time to Submit Proposed Juror Questionnaire by Marcus Millsap. CORRECTION: The docket text was modified to correct the party filer as Marcus Millsap as marked on the document. (jak) (Entered: 02/05/2021) |
| 07/26/2021 | 2150 | SEALED DOCUMENT.(bmd) (Entered: 07/26/2021) |
| 07/26/2021 | 2151 | SEALED WRIT. (bmd) Docket entry modified on 7/27/2021 to add document number. (kbc) (Entered: 07/26/2021) |
| 07/26/2021 | 2152 | SEALED WRIT. (bmd) Docket entry modified on 7/27/2021 to add document number. (kbc) (Entered: 07/26/2021) |
| 07/27/2021 | | NOTICE OF DOCKET CORRECTION re 2151 & 2152 Sealed Writs. CORRECTION: The docket entries were modified to include document numbers. (kbc) (Entered: 07/27/2021) |
| 08/12/2021 | 2182 | SEALED DOCUMENT. (fcd) (Entered: 08/12/2021) |
| 09/02/2021 | 2225 | SEALED DOCUMENT. (fcd) (Entered: 09/02/2021) |
| 09/30/2021 | 2268 | SEALED DOCUMENT. (bmd) (Entered: 09/30/2021) |
| 09/30/2021 | 2269 | SEALED DOCUMENT.(bmd) (Entered: 09/30/2021) |
| 05/03/2022 | 2431 | SEALED DOCUMENT. (bmd) (Entered: 05/03/2022) |
| 06/21/2022 | 2457 | SEALED MOTION.(bmd) (Entered: 06/21/2022) |
| 06/22/2022 | 2461 | SEALED ORDER. Signed by Judge Brian S. Miller on 6/22/2022. (bmd) (Entered: 06/22/2022) |

A TRUE COPY I CERTIFY
Tammy H. Downs, Clerk
By: ForrestDunn D.C. on **Aug 28, 2024**
For the United States District Court
Eastern District of Arkansas